THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brian Posey,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Opinion No. 2003-UP-63
Submitted September 25, 2002 - Filed 
 January 22, 2002   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for respondent.
 
 
 

 PER CURIAM:  A jury 
 convicted Brian Posey of trafficking in crack cocaine.  The trial judge sentenced 
 Posey to life imprisonment under the recidivist statute, S.C. Code Ann. § 17-25-45 
 (Supp. 2001).  Posey appeals the trial judges imposition of this sentence.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Posey attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Poseys appeal is without merit.  Posey did not file a separate pro se 
 response brief.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., concur.